UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID MURRAY,<br><br>                              Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE, Acting Commissioner of the Social Security Administration,<br><br>                              Defendant. | No. C10-5517-JRC<br><br>ORDER AMENDING THE BRIEFING SCHEDULE |

Based on the Agreed Motion, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including December 2, 2010, to file the Opening brief.

- Defendant shall have up to and including December 30, 2010, to file the Responsive brief.

- Plaintiff shall have up to and including January 13, 2011, to file the Reply brief.

- Oral argument, if desired, shall be requested by January 20, 2011.

Dated this 29th day of October, 2010.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER
(C10-5517-JRC)