UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID MURRAY,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security

    Defendant.

CASE NO. C10-5517 JRC

ORDER AMENDING BRIEFING SCHEDULE

BASED upon the motion of plaintiff (ECF No. 13) and the agreement of the parties, the Court hereby directs counsel to conform to the following amended briefing schedule:

Plaintiff's opening brief shall be due on or before December 16, 2010

Defendant's responsive brief shall be due on or before January 13, 2011;

Plaintiff's optional reply shall be due on or before January 27, 2011; and

Oral argument shall be requested by February 3, 2011.

DATED this 2nd day of December, 2010.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER - 1