UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID MURRAY,

                Plaintiff,

       v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                Defendant.

CASE NO.  C10-05517 JRC

ORDER OF REMAND

       This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judges' Rule MJR 13.  (See also, Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 3; Consent to Proceed Before a United States Magistrate Judge, ECF No. 7.)  This matter is before this Court on parties' Stipulated Motion for Remand. (See ECF No. 16.).

       Based on the stipulation of the parties, that this case be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g), it is hereby ORDERED that the above captioned case be remanded for further administrative proceedings.  On remand, the Administrative Law Judge (ALJ) will develop the record by adding the written statement of Kyle McCormack to the record.

1    The ALJ will offer Plaintiff a new hearing and the opportunity to present further evidence and

2    argument.  The ALJ will issue a new decision based on the expanded record.

3          DATED this 14th day of December, 2010.

4

5

6

7          J. Richard Creatura
           United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2