UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID MURRAY,<br><br>                            Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br>                            Defendant. | No. C10-5517-JRC<br><br>ORDER |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judges' Rule MJR 13. (<u>See also</u> Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 3; Consent to Proceed Before a United States Magistrate Judge, ECF No. 7.) This matter is before this Court on parties' Agreed Motion for Attorney Fees Pursuant to EAJA. (ECF No. 19.)

IT IS HEREBY ORDERED that Plaintiff is awarded attorney's fee, payable, if there is no recoverable debt under the Treasury offset program, to Plaintiff's attorney, Anne Kysar, of $5,655.68, and expenses for legal research in the amount of $37.44, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412; and costs for the filing fee in the amount of $350.00, pursuant to 28 U.S.C. § 1920.

Dated this 11th day of January, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1
(C10-5517-JRC)